JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ABRAHAM ISAAC ESQUIVEL<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; JUAN BENDEZU; SHERIFF ALEX VILLANUEVA; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO. 2:22-CV-01911-SVW-JPR<br>Action Filed: March 23, 2022<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION**<br><br>**Current Trial Date:  vacated** |

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED, following the stipulation of counsel and good cause appearing therefor pursuant to *Federal Rules of Civil Procedure* 41(a)(1)(A)(ii), that the entire action is dismissed as to all defendants with prejudice.

All parties are to bear their own costs arising out of this dismissal.

**IT IS SO ORDERED.**

Dated: June 1, 2023

_____
The Honorable Stephen V. Wilson
United States District Court Judge

-1-
(~~PROPOSED~~) ORDER ON
STIPULATION TO DISMISS ENTIRE CASE